IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAINTERS UNION LOCAL 802
HEALTH AND WELFARE FUND,
PAINTERS UNION LOCAL 802
RETIREMENT FUND, PAINTERS UNION
LOCAL 802 APPRENTICESHIP AND
TRAINING FUND, INTERNATIONAL
PAINTERS & ALLIED TRADES
DISTRICT COUNCIL NO. 7 DUES FUND,
and MARK GROTE, JEFF MEHRHOFF,
ROB NOYCE, PETER BRAUN,
STEPHEN ARMBRECHT and JOHN
JORGENSEN, in their capacities as Trustees
of THE FUNDS,

    Plaintiffs,

v.

BILL VOLKMAN CONTRACTING,
COATINGS/RESTORATION, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-CV-550-BBC

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered against in favor of the plaintiffs Painters Union Local 802 Health & Welfare Fund, Painters Union Local 802 Retirement Fund, Painters union Local 802 Apprenticeship and Training Fund, International Painters & Allied Trades District Council No. 7

Dues Fund, and Mark Grote, Jeff Mehrhoff, Rob Noyce, Peter Braun, Stephen Armbrecht and John Jorgensen, in their capacities as Trustees of the Funds in the amount of $71,484.09.

Approved as to form this ___15th___ day of April, 2008.

*Barbara B. Crabb*
BARBARA B. CRABB
DISTRICT JUDGE

*Theresa M. Owens*                                                 April 16, 2008
Theresa M. Owens, Clerk of Court                                   Date